UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIDNEY KEYS, | ) |
| Plaintiff, | ) |
| V | ) Case No. |
| DRUG ENFORCEMENT AGENCY, | ) |
| Defendant. | ) |

## **NOTICE OF REMOVAL**

Defendant United States Drug Enforcement Agency ("DEA") hereby gives notice, by and through its attorneys, Jeffrey B. Jenson, United States Attorney for the Eastern District of Missouri, and Nicholas P. Llewellyn, Assistant United States Attorney for said District, pursuant to 28 U.S.C. §§ 1446(a) & 1442(a)(1), that it is removing this action to the United States District Court for the Eastern District of Missouri, Eastern Division, on the following grounds:

1. Defendant DEA is a defendant in a civil action now pending in the Circuit Court of Twenty Second Judicial Circuit of the City of St. Louis, State of Missouri, Case No. 1822-CC10814.

2. The action in state court contains no allegations against Defendant DEA. Rather, Plaintiff alleges no valid claims against any entity or defendant, but alleges that this is a "class action lawsuit" and claims damages of $200,000,000. An attachment to the Petition makes vague and confusing allegations regarding an alleged medical malpractice claim against a physician who is not an employee of DEA. See attachment to Plaintiff's Petition.

3. This Notice of Removal is brought pursuant to 28 U.S.C. § 1442(a)(1). As set forth in 28 U.S.C.§ 1442(a)(1), a civil action commenced in a state court against the United States or "any agency thereof or any officer (or any person acting under that officer) of the United States or

of any agency thereof, sued in an individual capacity for any act under color of such office . . ." may be removed "to the district court of the United States for the district and division embracing the place wherein it is pending."

4. As required by 28 U.S.C. § 1446(a), "…a copy of all process, pleadings, and orders served upon such defendant…", are attached.

WHEREFORE, this action, now pending in the Circuit Court of the Twenty-Second Judicial Circuit of the City of St. Louis, State of Missouri, is removed to this Court.

    Respectfully submitted,

    JEFFREY B. JENSEN
    United States Attorney

    */s/ Nicholas P. Llewellyn*
    NICHOLAS P. LLEWELLYN   Mo. #43839
    Chief, Civil Division
    Assistant United States Attorney
    Thomas F. Eagleton U.S. Courthouse
    111 South Tenth Street, 20th Floor
    St. Louis, Missouri 63102
    (314) 539-7637
    (314) 539-2287 FAX
    Nicholas.llewellyn@usdoj.gov

### CERTIFICATE OF SERVICE

I certify that on August 28, 2018, a copy of the *Notice of Removal* was filed electronically with the Clerk of the Court, and a copy was mailed to:

Sidney Keys
1501 Trampe Avenue
St. Louis, MO  63138
*Plaintiff Pro Se*

    */s/ Nicholas P. Llewellyn*
    NICHOLAS P. LLEWELLYN
    Assistant United States Attorney