② ANDREW CHAMBERS TRIED TO ILLEGALLY SET MYSELF UP AS A DRUG DEALER

IN THE CIRCUIT COURT OF ST. LOUIS CITY
STATE OF MISSOURI

SSN# 4705 INFORMANT SIDNEY KEYS UNDER "D.E.A." AGENT DENNIS WISHNER (MARIO!)

SIDNEY KEYS
1501 TRAMPE AVE
ST. LOUIS MO. 63138
_____
Petitioner

v.

DRUG ENFORCEMENT AGENCY
317 SOUTH 16th ST
ST LOUIS MO. MISSOURI 63103
_____
Respondent

Cause No. 1822-CC08814

Division

DIVISION

2018 JUL 23 PM 2:2[?]
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE

① I COME SIDNEY KEYS 4705 SSN# WAS A DRUG INFORMANT FOR THE UNITED STATES POSTAL SERVICE, I DISCOVERED THAT THE POSTAL INSPECTORS SERVICE, BEING A FEDERAL LAW ENFORCEMENT AGENCY WAS SENDING INNOCENT AFRICAN-AMERICAN POSTAL EMPLOYEES TO FEDERAL PRISON. A FRIEND THAT I GREW UP WITH GOT ME A JOB AS A DRUG INFORMANT AFTER BEING DISCHARGED, HONORABLY FROM THE UNITED STATES MARINE CORPS, 9 YEARS AND 9 MONTHS AT THE RANK OF SERGEANT. ANDREW CHAMBERS WHOM I GREW UP WITH IN UNIVERSITY CITY MISSOURI ALSO WAS A DRUG INFORMANT FOR THE POSTAL SERVICE, UNDER THE DIRECTION OF POSTAL INSPECTOR I.M. ARMSTRONG, ANDREW SHORTLY AFTERWARD STARTED A CAREER AS A DRUG INFORMANT FOR THE "D.E.A", MISSOURI'S DRUG ENFORCEMENT AGENCY, ANDREW CHAMBERS VERBALLY TOLD MYSELF THAT THE "DEA" SEND INNOCENT LATINOS AND AFRICAN AMERICANS TO PRISON. I WAS ALSO TOLD THAT THE POSTAL INSPECTORS ALSO HAVE INNOCENT POSTAL EMPLOYEES TO PRISON

The above petitioner swears that the above information is true and correct based on his/her best information.

7-23-18

Sidney Keys

Michelle D Easter
Notary

MICHELLE D. EASTER
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Aug. 25, 2019
Commission #15037661

I ASK AND PRAY FOR $200,000,000. FOR COMPENSATION.

THIS IS A CLASS ACTION LAWSUIT AND A CITIZEN ARREST FOR ALL FEDERAL AGENTS THAT HAVE LOCKED UP INNOCENT AMERICANS

*[Handwritten annotations across top:]* NO RESPONSE FROM THE U.S. DEPARTMENT OF JUSTICE AS OF 11-10-15, Sidney Keys, 2-24-14

*[Handwritten left margin:]* LAWSUIT AGAINST THE DEA, Drug Enforcement Agency

Sidney Keys
1501 Trampe
St. Louis, MO 63138
760-672-6655

September 13, 2011

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-000

*[Handwritten:]* (1) TO: WHOM IT MAY CONCERN COULD YOU PLEASE REPORT, INVESTIGATE AND PROSECUTE THIS POSSIBLE 8th AMEND VIOLATION AND OBSTRUCTION TO JUSTICE by the DEA
Sidney Keys, July 24, 2017
SIDNEY KEYS

Re: Drug Enforcement Agency (DEA) possible involvement in detrimental acts against Sidney Keys

I wrote a letter informing you I was finished with my reporting, but I am not because other organizations may be involved in the campaign to use me physically and make my life difficult.

On three different occasions, drugs have been used to do various things to me. The first incident was in my apartment. When I entered my apartment with my friend, Amy Woodson, there lay some crack cocaine on my dinning room table. I filed a police report regarding this incident, but the written report was false. The report stated there was crack cocaine found after I returned from the hospital. But actually, it was placed there a few days after I returned from the hospital.

The second incident happened in my hotel room in Carlsbad, California. When I entered my hotel room, the room was filled with marijuana smoke. I reported marijuana smoke to the hotel manager. *[Handwritten:]* DATE: APPROX. AROUND JAN, 2011

Also, on separate night in the same hotel, this guy, unknown to me, knocked on door of my room. When I looked out the peep hole, this guy was standing outside my door, looking from left to right as if he was doing a drug transaction.

The third incident was when I had a room at the Travelodge in Barstow, California. When I turned on the heat in the room, somehow the smell of crack cocaine smoke came blasting out of the heater. *[Handwritten:]* THE REASON THE DEA TRIED TO FORCE MYSELF TO BE A DRUG INFORMANT

I believe the DEA (War on Drugs) is important to our nation just as the defense of this country. I have always desired to work with and for the DEA, but unfortunately, there is a bad element within the organization so a lack of trust is a big factor. No one has never approached me about working for the DEA. Dr Chisti mentioned drugs during a counseling session on two occasions which I felt curious about. *[Handwritten right margin:]* They could control me and to John Hopkins ESTATE

*[Handwritten bottom left:]* Subpoena ANDREA CHAMBERS

Sincerely
Sidney Keys

*[Handwritten:]* (2) I HAVE NEVER (SIDNEY KEYS) PERSONALLY SPOKE TO AN DEA AGENT NOR SIGNED ANY FORM OF CONTRACT WITH THE D.E.A. Sidney Keys SIDNEY KEYS

DIRECTOR OF D.E.A / HEALTH AND HUMAN SERVICES

Sidney Keys
1501 Trampe
St. Louis, MO 63138
760-672-6655

**LAWSUIT AGAINST THE "DEA" ANDREW CHAMBERS**

January 22, 2012

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: A bad element within the Drug Enforcement Agency, attempting to exploit, control me, and assist in taking my children from me. AND MYSELF (SIDNEY KEYS) TO BE A DRUG INFORMANT

Dr. Keith Odegard performed an operation that affected my nasal area. Something was done to my nasal area; something possibly cut and/or removed. This was done in order to harass me and control my movements. WITH CERTAIN SMELLS, SUCH AS HAND SANITERS, AUTO EXHAUST, CERTAIN LAUNDRY DETERGENTS AND PERFUMES

As a result of this operation, a bad element in the Drug Enforcement Agency (DEA) was able to move me from Missouri to California and on to Hawaii. I believe this was also done to take my children out of my life. IN CALIFORNIA While staying at a an Extended Stay Hotel, one day when I arrived at my room there was massive marijuana smoke coming out of the vents located in my bathroom. I reported the incident to the hotel manager. Also, in the late evening this guy knocked on my room door. I looked out of my peep hole, and some strange guy was looking left to right and pacing, as if he was looking to purchase some drugs (this is what I believe after what has taken place thus far in my life).

While in a Travelodge Hotel in Barstow, California, I turned on my heater and the smell of crack cocaine came from the vents. I don't know how they managed to do that. (I AM FAMILIAR WITH THE SMELL OF CRACK COCAINE FROM BEING A DRUG INFORMANT

Prior to flying out Maui, Hawaii at the Maui Seaside Hotel, I was drugged that night, and the following FOR morning when I woke up it was as if I was moving in slow motion. I knew I had been drugged. I got in THE the shower to shake it off and become sober, so I could make my flight. While in the shower, I looked and U.S. saw this man size opening in the ceiling. This was a way to come in my room and drug me, but I really POSTAL don't know how they did it. I thank God I was able to shake it off and make my flight. I believe this was SERVICE an attempt to prevent me from leaving Hawaii.

In July 2009, I walked into my apartment at the Pavilion Apartment Complex and there was some crack cocaine on my kitchen table. My friend, Amy Woodson, was with me. I disposed of the drug and went to the Maryland Heights Police Department and filed a police report. Please note at the time of these incidents, I told Beverly Dillard and Amy Woodson. Also my mailman Ed Wilder has delivered mail with some type of drug substance on my mail that gave me a instant disorientation. He was also Tyree(my son) football coach, that personally harassed my son during football season. PHYSICALLY ABUSED TYREE

The DEA is a well respected law enforcement agency by myself. Unfortunately, there is a bad element that needs to brought to justice so we can continue the fight the war on drugs, without controlling, framing, and entrapping innocent citizens.

Thank you.

[signature]