UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SIDNEY KEYS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18 CV 1432 CDP |
| ) | |
| DRUG ENFORCEMENT AGENCY, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM AND ORDER

On October 25, 2018, I ordered plaintiff to show cause in writing by November 8, 2018, why this case should not be dismissed for the reasons set out in defendant's motion to dismiss. [10]. Plaintiff was warned that failure to respond could result in the dismissal of his case. Plaintiff has not filed a response to the Show Cause Order and his time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** defendant's motion to dismiss [6] is granted, and plaintiff's complaint is dismissed without prejudice.

A separate Judgment in accordance with this Memorandum and Order is issued this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2018.